# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5037**

**September Term, 2024**

**1:25-cv-00412-RC**

**Filed On:** March 30, 2025

Cathy A. Harris, in her personal capacity and
in her official capacity as Member of the Merit
Systems Protection Board,

      Appellee

  v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

------------------------------

Consolidated with 25-5055

------------------------------

**No. 25-5057**

**1:25-cv-00334-BAH**

Gwynne A. Wilcox,

      Appellee

  v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

      Appellants

     **BEFORE:**   Henderson, Millett[*], and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motions for administrative stay, the combined opposition thereto, and the reply filed in No. 25-5037, et al., it is

_____

[*]Judge Millett would grant the administrative stay.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5037**                    **September Term, 2024**

**ORDERED** that the motions be denied.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                                Emily Campbell
                                Deputy Clerk